IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELVIN WOODARD,

    Petitioner

v.                                          Case No. 4:20cv302-MW/MAF

LPN GAYLORD,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall also close the file.

**SO ORDERED on July 13, 2020.**

                                            s/Mark E. Walker         
                                            **Chief United States District Judge**